IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LUIS GONZALEZ-MONTEJO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:16-CV-632
CRIM. NO. 2:04-CR-101
CHIEF JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE JOLSON

## OPINION AND ORDER

On August 16, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. (ECF No. 38.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 38) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

                                                                   EDMUND A. SARGUS, JR.
                                                       Chief United States District Judge